petitioner. *J. Lindsay Almond, Jr.*, Attorney General of Virginia, and *Frederick T. Gray,* Assistant Attorney General, for the Virginia Military Institute, respondent.


No. 445. BENEVOLENT AND PROTECTIVE ORDER OF ELKS OF THE UNITED STATES OF AMERICA *v.* JOSLYN ET AL.; and

No. 501. NEW JERSEY EQUITIES CO. ET AL. *v.* JOSLYN ET AL. C. A. 7th Cir. Certiorari denied. *John S. Miller, Gerald G. Barry* and *Horace A. Young* for petitioners. *Alvin Glen Hubbard* for Joslyn; *Edward J. Metzdorf* for Fetzer et al.; and *Karl Edwin Seyfarth* for Hillmer, respondents.


No. 471. HALL *v.* UNITED STATES; and

No. 522. UNITED STATES *v.* HALL. C. A. 2d Cir. Certiorari denied. *Harry Sacher* for Hall. *Solicitor General Cummings, Assistant Attorney General Murray, Beatrice Rosenberg* and *Edward S. Szukelewicz* in No. 471, and *Mr. Cummings* in No. 522, for the United States.


No. 476. JOHNSON ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Kyle Hayes* for petitioners. *Solicitor General Cummings, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.


No. 515. BONWIT TELLER, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied. *Sidney Orenstein* and *Mortimer Horowitz* for petitioner. *Solicitor General Cummings, George J. Bott, David P. Findling* and *Bernard Dunau* for respondent.